# Order

Michigan Supreme Court
Lansing, Michigan

January 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146872

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 146872
                                      COA: 308275

THOMAS CLIFFORD WHITE,
      Defendant-Appellant.
                                      Wayne CC: 03-011966-FH

_____/

      On January 15, 2014, the Court heard oral argument on the application for leave to appeal the January 24, 2013 judgment of the Court of Appeals. On order of the Court, the application is again considered. MCR 7.302(H)(1). In lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the Wayne Circuit Court's January 11, 2012 orders. Under the unique circumstances of this case, the trial court did not abuse its discretion, see *People v Bylsma*, 493 Mich 17, 26 (2012), and *People v Brown*, 492 Mich 684, 688 (2012), when it set aside the defendant's guilty plea, dismissed the case with prejudice, and vacated the defendant's sentence.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2014



                              Clerk

s0121